# Court of Appeals
# of the State of Georgia

ATLANTA,  February 08, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0225. TUSSAHAW RESERVES, LLC et al. v. BUTTS COUNTY.**

The application for discretionary review filed by Tussahaw Reserves, LLC, and Keys Ferry Crossing, LLC (the "Applicants"), is hereby GRANTED. Because the Applicants already have filed a notice of appeal in the superior court, they need not file an additional notice of appeal. The appeal in that case — which already has been transmitted to this Court — shall proceed in Case No. A24A0851. The clerk of the superior court is DIRECTED to supplement the record in Case No. A24A0851 with a copy of this order.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/08/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*